AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-1417

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Santucci's Square Pizza IV, Inc.
was received by me on *(date)* 3/23/2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I went to the premises of defendant, Santucci's Square Pizza IV, Inc. on 3/27/2020 at 5:00 PM and the store was doing curbside service due to COVID-19 lockdown. A female employee took the summons and said she would go inside and give them to her manager. I watch the female employee who had close hair on the side with tatoos bring documents into the store.

My fees are $ 60.00 for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 3/29/20

X _____
Server's signature

Jeffrey Brown
Printed name and title

1615 N. Franklin St.
Phila, PA 19122
Server's address

Additional information regarding attempted service, etc: